**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**TAMMY WILLIAMS, et al**  **PLAINTIFFS**

**VERSUS**  **CIVIL ACTION NO. 2:05CV83-P-B**

**SHERIFF JAMES RILEY, in his
official and personal capacities**  **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiffs' Motion for Discovery as to Official Capacity [32]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion should be dismissed as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion for Discovery as to Official Capacity [32] should be, and hereby is, DISMISSED AS MOOT.

SO ORDERED, this the 10th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE