IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| TAMMY WILLIAMS, ET AL., | ) |
| Plaintiffs, | ) |
| VERSUS | ) CIVIL ACTION NO.: 2:05CV83-P-S |
| SHERIFF JAMES RILEY, in his official and personal capacities, ET AL. | ) |
| Defendants. | ) |

## **ORDER**

During a telephonic status conference conducted this date, the court determined that the defendant should be required to respond to the discovery discussed during the conference. Accordingly, the defendant is hereby ordered to respond to the plaintiff's discovery requests within thirty (30) days of this date.

**SO ORDERED**, this the 20th day of May, 2011.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE

053211.WPD